USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

PARUL JAIN,                                :       09 Civ. 6520 (SHS)

                Plaintiff,    :

      -against-                        :       ORDER

THE MCGRAW-HILL COMPANIES, INC.,           :
ET AL.,
                                           :
                Defendants.

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     Disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before September 25, 2009;

      2.     The last day for plaintiff to join additional parties or amend the complaint pursuant to Fed. R. Civ. P. 15(a) is November 13, 2009;

      3.     The last day for completion of fact discovery is February 27, 2010;

      4.     There will be a pretrial conference on February 27, 2010, at 10:00 a.m.;

      5.     Plaintiff's expert report, if any, is due on or before March 27, 2010;

      6.     Defendants' expert report, if any, is due on or before April 24, 2010; and

7.  The last day to complete expert discovery is May 15, 2010.

Dated: New York, New York
       September 11, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.