```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PARUL JAIN,                                  :       09 Civ. 6520 (SHS)

               Plaintiff,          :

       -against-                           :       AMENDED ORDER

THE MCGRAW-HILL COMPANIES, INC.,             :
*ET AL.*,
                                                     :

              Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held on September 11, 2009, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     Disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before September 25, 2009;

      2.     The last day for plaintiff to join additional parties or amend the complaint pursuant to Fed. R. Civ. P. 15(a) is November 13, 2009;

      3.     The last day for completion of fact discovery is February 26, 2010;

      4.     There will be a pretrial conference on February 26, 2010, at 10:00 a.m.;

      5.     Plaintiff's expert report, if any, is due on or before March 26, 2010;

      6.     Defendants' expert report, if any, is due on or before April 23, 2010; and

-2-

      7.      The last day to complete expert discovery is May 14, 2010.

Dated: New York, New York
       September 14, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.