```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PARUL JAIN,

                                Plaintiff,

      -against-

THE MCGRAW-HILL COMPANIES, *et al.*,

                              Defendants.

------------------------------------------------------------x

09 Civ. 6520 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    In light of the motion by plaintiff's counsel to withdraw and defendants' requests in response to that motion,

    IT IS HEREBY ORDERED THAT:

1. All discovery in this action is held in abeyance;

2. The parties are directed to appear for the pretrial conference on February 26, 2010 at 10:00 a.m.

Dated: New York, New York
         February 23, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.