USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARUL JAIN,

                Plaintiff,                        09 CIVIL 6520 (SHS)

  -against-                                  **JUDGMENT**

THE MCGRAW-HILL COMPANIES, INC., et al.,
                Defendants.
------------------------------------------------------------X

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on September 28, 2011, having rendered its Order granting defendants' motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28 2011, defendants' motion for summary judgment is granted.

**Dated:** New York, New York
         September 29, 2011                    **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                **BY:**
                                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____